United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Richard Malmstein and Jan Laird

                                                          ,

              Plaintiff(s),

          v.

6Sense Insights, Inc.                                     ,

              Defendant(s).

Case No. __4:26-cv-02505-AMO_____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Adam York_____, an active member in good standing of the bar of __Illinois_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Malmstein and Laird_____ in the above-entitled action. My local co-counsel in this case is __Michael T. Houchin_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __305541_____.

1021 West Adams St Suite 200
Chicago, Illinois 60607
_____
MY ADDRESS OF RECORD

(866) 276-7637
_____
MY TELEPHONE # OF RECORD

adam@crosnerlegal.com
_____
MY EMAIL ADDRESS OF RECORD

9440 Santa Monica Blvd., Suite 301, Beverly Hills, Ca 90210
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(866) 276-7637
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mhouchin@crosnerlegal.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

        I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __6294143_____.

        A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

        I have been granted pro hac vice admission by the Court ___3___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _June 10, 2026_____

Adam York_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Adam York_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ____6/18/2026_____

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2